UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 23592
    DANIEL F MCCAULEY
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
    SSN XXX-XX-7191
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/14/05 and confirmed on 08/17/05.

2. The case was dismissed after confirmation, 10/05/2007.

3. The Debtor paid a total of $ 35084.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ABN AMRO MORTGAGE GROUP | CURRENT MORTG | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 10717.84 | .00 | 3213.63 |
| BECKET & LEE LLP | UNSECURED | 1847.39 | .00 | 553.90 |
| BECKET & LEE LLP | UNSECURED | 11045.06 | .00 | 3311.74 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4434.70 | .00 | 1344.10 |
| DISCOVER BANK | UNSECURED | 9250.36 | .00 | 2775.99 |
| ROUNDUP FUNDING LLC | UNSECURED | 10724.19 | .00 | 3209.25 |
| ERIC P FERLEGER | UNSECURED | 21823.09 | .00 | 6655.07 |
| ROBERT SNYDER | UNSECURED | 40475.96 | .00 | 12487.37 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 371.56 | .00 | 111.48 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 110690.15 | .00 | 110690.15 |
| PRINCIPAL PAID | .00 | .00 | 33662.53 | .00 | 33662.53 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 33662.53 | .00 | 33662.53 |

The Debtor's attorney, RICHARD L HIRSH             , was allowed $       .00 and was paid $      .00 .

The Trustee received $   1421.47 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 01/10/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```